**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**WESTERN DIVISION**

PAULETTE B. MARSHALL                                              PLAINTIFF

VERSUS                                CIVIL ACTION NO. 5:05cv44-DCB-MTP

JO ANNE B. BARNHART,
COMMISSIONER OF SOCIAL
SECURITY ADMINISTRATION                                           DEFENDANT

## FINAL JUDGMENT

This cause is before the Court on Magistrate Judge Michael T. Parker's Report and Recommendation [**docket entry no. 17**]. The Court dismissed the plaintiff's action in an order of even date herewith. Accordingly,

IT IS HEREBY ORDERED that this action is dismissed with prejudice.

SO ORDERED, this the  28th  day of  February , 2007.


                                          s/ David Bramlette
                                    UNITED STATES DISTRICT JUDGE